JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO GREY SKY INC., <u>et al.</u>, | Case No. CV 12-9261 FMO (FFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| U.S. DEPARTMENT OF JUSTICE, <u>et al.</u>, | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 31st day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge